UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN DUNBAR,

    Defendant.
_____/

Case No. 23-cr-20334
Hon. Matthew F. Leitman

## ORDER DETERMINING DEFENDANT COMPETENT TO STAND TRIAL AND DENYING WITHOUT PREJUDICE DEFENDANT'S FIRST AMENDED MOTION FOR COURT ORDERED FEES FOR EXPERT WITNESS (ECF No. 30)

    Counsel for Defendant Ryan Dunbar filed a motion in which he (counsel) (1) suggested that the Court review whether Dunbar is competent to stand trial and (2) asked the Court to pay the expert fees for a competency evaluation for Dunbar. The competency evaluation of Dunbar has been completed, and the Court reviewed the results of that evaluation with the parties on the record on April 9, 2024. For the reasons explained by the Court on the record that day, the Court determines that Dunbar is competent to stand trial.

    Also on April 9, 2024, the Court discussed with Dunbar's counsel his request that the Court pay the fees of the mental expert who performed the evaluation of Dunbar. During that discussion, the Court orally indicated that it would pay the

1

fees. However, following the hearing, the Court learned that such payment is not authorized under the Criminal Justice Act. The Court therefore cannot make payment at this time, and the Court **DENIES WITHOUT PREJUDICE** counsel's request for payment of the fees. The Court invites defense counsel to further discuss the issue of payment with counsel for the Government and with the financial staff of the Clerk's Office in order to determine whether funds may be made available to pay the expert's fees.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 1, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 1, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126